```
DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CESARIO CARRILLO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 11-0405 |
| Plaintiff, | |
| v. | ORDER TO SEAL SENTENCING MEMORANDUM AND DECLARATION OF BENJAMIN GALLOWAY |
| CESARIO CARRILLO-SANCHEZ, | |
| Defendant. | |
| | Judge: KIMBERLY J. MUELLER |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that the documents and the Request be filed under seal, permitting Assistant United States Attorney Michael Beckwith and Probation Officer Casey Horner have access to these documents unless otherwise ordered by this Court at a later time.

Dated: May 10, 2012.

_____
UNITED STATES DISTRICT JUDGE